**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **GRANTS** appellant's July 8, 2013 request for an extension of time to file her "motion for rehearing" from this Court's June 13, 2013 order regarding the trial court's findings on appellant's affidavit of indigence. We **ORDER** the "motion for rehearing" received on July 8, 2013 filed as of the date of this order.

The Court requests that the State file a response to appellant's motion for rehearing regarding her indigence within **TEN DAYS** of the date of this order.

/s/　　CAROLYN WRIGHT
　　　　CHIEF JUSTICE